MMS:mms
AO 91 (Rev. 11/11) Criminal Complaint

2022R00548

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

UNITED STATES OF AMERICA

v.

RIVER WILLIAM SMITH

Case No.  22-mj-1022 DTS

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

### Count 1

On or about December 14, 2022, in Scott County, in the State and District of Minnesota, defendant knowingly possessed a machine gun in violation of Title 18, United States Code, Section 922(o).

### Count 2

On or about December 14, 2022, in Scott County, in the State and District of Minnesota, defendant attempted to receive and possess destructive devices, as defined in Title 26, United States Code, Section 5845(a), that is, three explosive grenades, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5861(d) and 5871.

I further state that I am a Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒Yes   ☐ No

*Complainant's signature*

SUBSCRIBED and SWORN before me
by reliable electronic means via (FaceTime/Zoom and email) pursuant to Fed. R. Crim. P. 41(d)(3).

Trevor Bruders, Special Agent
FBI

*Printed name and title*

Date: December 14, 2022

City and State:  Minneapolis, MN

*Judge's Signature*

David T. Schultz
United States Magistrate Judge

*Printed Name and Title*