MMS:MMS
AO 442 (Rev. 11/11) Arrest Warrant

2022R00548

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

UNITED STATES OF AMERICA

v.

RIVER WILLIAM SMITH

Case No.  22-mj-1022 DTS

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*      RIVER WILLIAM SMITH,

who is accused of an offense or violation based on the following document filed with the court:

____ Indictment      ____ Superseding Indictment    ____ Information    ____ Superseding Information    _X_ Complaint

____ Probation Violation Petition    ____ Supervised Release Violation Petition    ____ Violation Notice    ____ Order of the Court

### Count 1

On or about December 14, 2022, in Scott County, in the State and District of Minnesota, defendant knowingly possessed a machine gun in violation of Title 18, United States Code, Section 922(o).

### Count 2

On or about December 14, 2022, in Scott County, in the State and District of Minnesota, defendant attempted to receive and possess destructive devices, as defined in Title 26, United States Code, Section 5845(a), that is, three explosive grenades, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5861(d) and 5871.

Date:  December 14, 2022

_____
*Issuing officer's signature*

City and State:  Minneapolis, MN

David T. Schultz
United States Magistrate Judge
*Printed Name and Title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date:_____          _____<br>*Arresting officer's signature* |
| _____<br>*Printed name and title* |