CR 23-7 DSD/JFD

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. § 922(o) |
| | ) | 18 U.S.C. § 924(a)(2) |
| v. | ) | 18 U.S.C. § 924(d)(1) |
| | ) | 26 U.S.C. § 5861(d) |
| RIVER WILLIAM SMITH, | ) | 26 U.S.C. § 5871 |
| | ) | 28 U.S.C. § 2461(c) |
| Defendant. | ) | |
| | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT ONE
(Unlawful Possession of a Machine Gun)

On or about December 14, 2022, in the State and District of Minnesota, the defendant,

**RIVER WILLIAM SMITH,**

did knowingly possess a machine gun, namely three conversion devices, commonly known as "switches" or "auto sears," knowing they had characteristics that made them machine guns as defined by Title 26, United States Code, Section 5845(b), all in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

### COUNT TWO
(Attempt to Receive or Possess Destructive Devices Not Registered in the
National Firearms Registration and Transfer Record)

On or about December 14, 2022, in the State and District of Minnesota and elsewhere, the defendant,

**RIVER WILLIAM SMITH,**

SCANNED
JAN 1 2 2023
U.S. DISTRICT COURT ST. PAUL

did knowingly attempt to receive and possess firearms, as defined by Title 26, United States Code, Section 5845(a), that is, three explosive hand grenades, not registered to him in the National Firearms Registration and Transfer Record as required by law, in violation of Title 26, United States Code, Sections 5861(d) and 5871.

## FORFEITURE ALLEGATIONS

If convicted of Count One of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any and all firearms, ammunition, and accessories involved in or used in connection with the crime of conviction, including, but not limited to: one loose rifle round; three 9mm magazines with thirty-one rounds of ammunition each; ten PMAG thirty-round capacity magazines with 280 rounds of .556 ammuntion; a drum magazine with 100 rounds of .556 ammunition; one 9mm magazine with twenty-one 9mm rounds of ammunition and one loose 9mm round of ammunition; one Sig Sauer P320 9mm handgun, serial number WC665214; two PMAG magazines with 30 rounds of ammunition each; three 9mm magazines filled to capacity; two 9mm magazines with seventeen rounds of ammunition each; one 9mm magazine with fifteen rounds of ammunition and one loose 9mm round of ammunition; one Walther PDP handgun with 9mm ammunition, serial number FDN 2040; one PMAG 40-round capacity magazine with approximately 40 rounds of .556 ammuntion; one AR-style rifle with optic, serial number DDM4306015; two handgun auto sears and one rifle auto sear; six M4P magazines with thirty rounds of ammunition each; four seventeen-round 9mm magazines with sixty-eight

rounds of ammunition and one loose 9mm round of ammunition; and one Glock 17 handgun with 9mm ammuntion, serial number BSWA652.

If convicted of Count Two of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c), any firearm involved in any violation of the National Firearms Act, including, but not limited to, three inert hand grenades.

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY              FOREPERSON