## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>River William Smith,<br><br>　　　　　Defendant. | **COURT MINUTES**<br>BEFORE: JOHN F. DOCHERTY<br>U.S. MAGISTRATE JUDGE<br><br>Case No:　　23-CR-7 (DSD/JFD)<br>Date:　　　 February 27, 2023<br>Location:　　Courtroom 6A, STP<br>Court Reporter: n/a<br>Time Commenced: 10:10 AM<br>Time Concluded:　10:15<br>Time in Court:　 5 Minutes |

### ARRAIGNMENT

**APPEARANCES:**

　　　Plaintiff:　　Manda Sertich
　　　Defendant:　Jordan Kushner

**PROCEEDINGS**:

☒ Reading of Indictment Waived
☐ Indictment Read into Record
☒ Not Guilty Plea Entered


　　　　　　　　　　　　　　　　　　　　　　　*s/ATB*
　　　　　　　　　　　　　　　　　　　　　　　Judicial Law Clerk