# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | |
| v. | Case No: 23CR07(1) (DSD/JFD) |
| | Date: May 16, 2023 |
| RIVER WILLIAM SMITH, | Court Reporter: Maria Weinbeck |
| | Courthouse: Minneapolis |
| Defendant. | Courtroom: 14W |
| | Time Commenced: 10: 29 a.m. |
| | Time Concluded: 11:01 a.m. |
| | Sealed Hearing Time: |
| | Time in Court: 30 minutes |

Before David S. Doty, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

    For Plaintiff:    Manda M. Sertich, Assistant U.S. Attorney
    For Defendant:    Jordan S. Kushner    ☒ PDA

PROCEEDINGS:

☒ **Change of Plea Hearing**

    ☒ PLEA:

        ☒ Guilty as to Count 1 of the Indictment.
        ☒ Parties do not have a plea agreement.
        ☒ Government moves to dismiss Count 2 of the Indictment and is orally granted.

    ☒ Defendant advised to pay a special assessment in the amount of $100.00.
    ☒ Presentence Investigation and Report requested.
    ☒ Defendant is in custody.

                                                                                     s/D.O.
                                                                                     Judicial Assistant