# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# EVIDENTIARY HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | Case No: 23CR00007(1)(DSD/JFD) |
| v. | Date: January 24, 2024 |
| | Court Reporter: Renee Rogge |
| RIVER WILLIAM SMITH, | Courthouse: Minneapolis |
| | Courtroom: 14W |
| | Time Commenced: 10:34 a.m. |
| Defendant. | Time Concluded: 11:53 a.m. |
| | Time Commenced: 1:03 p.m. |
| | Time Concluded: 2:27 p.m. |
| | Sealed Hearing Time: |
| | Time in Court: 2 Hours & 43 Minutes |

Before David S. Doty, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

    For Plaintiff:      Andrew R. Winter, Assistant United States Attorney
    For Defendant:    Jordan S. Kushner  ☒ CJA

☒ **Evidentiary Hearing held.** Government's witnesses: Supervisory Special Agent Karie Gibson and Special Agent Erinn Tobin.

                                                                                                                                  s/K.D.
                                                                                                                                Judicial Assistant