

**On backseat**















