UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Case No. 23-07 (DSD/TNL)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | USCA NO. _____ |
| | ) | |
| Plaintiff, | ) | District Court Judge - |
| | ) | David S. Doty |
| vs. | ) | |
| | ) | **NOTICE OF APPEAL** |
| RIVER WILLIAM SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

Notice is hereby given that Defendant **River William Smith** appeals to the United States Court of Appeals for the Eighth Circuit from the **Judgment in a Criminal Case** filed on January 31, 2024.

Dated: February 1, 2024          LAW OFFICE OF JORDAN S. KUSHNER

                                 By  s/Jordan S. Kushner
                                     Jordan S. Kushner, ID 219307
                                     Attorney for Defendant
                                     431 South 7th Street, Suite 2446
                                     Minneapolis, Minnesota  55415
                                     (612) 288-0545

---

**TRANSCRIPT ORDER FORM**
Plea transcript has been prepared. Sentencing transcripts have been requested.

---

**CERTIFICATE OF COMPLIANCE**

Appellant hereby certifies that transcripts of part of the proceedings through trial have been completed, and the transcripts of the sentencing hearings have been ordered through a completed CJA Form 24.

Attorney's Signature  s/Jordan S. Kushner          Date:  February 1, 2024

## INFORMATION SHEET

1. Defendant's Address:  Sherburne County Jail, 13880 Business Center Drive NW, Elk River, MN  55330.

2. Date of Sentence:  January 30, 2024, following guilty plea.
   Offenses:  Unlawful Possession of a Machine Gun (parts) , 18 U.S.C. § 922(0) and § 924(a)(2);

   Trial Testimony - Number of Days: n/a            Bail Status - In custody.

3. Sentence and Date Imposed:  80 months, January 30, 2023.

4. Appealing:  Sentence.

5. Date Trial Transcript ordered by Counsel or District Court:   No trial. Sentencing transcript ordered on January 31, 2023. Other transcripts have been completed.

   Stenographer in Charge: Brittnay Blesener and Erin Drost, 300 South 4th Street, Minneapolis, MN 55415; (612) 664-5000.

6. Trial Counsel was:   Appointed

   Does Defendant's financial status warrant appointment of counsel on appeal?  Yes
   Affidavit of Financial Status filed:  Previously found eligible for public defender and approved for court payment of costs.

   Is there any reason why trial counsel should not be appointed as counsel on appeal?  No.

7. Assistant U.S. Attorney Name and Phone Number:  Andrew Winter, (612) 664-5600

---
**Court Reporter Acknowledgment**

Date Order Received _____        Completion Date _____

Number of Pages _____

_____                      _____
Court Reporter's Signature                                  Date