UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-07 (DSD)


UNITED STATES OF AMERICA,

        Plaintiff,

    v.

RIVER WILLIAM SMITH,

        Defendant.

**MOTION FOR EXTENSION
OF TIME TO FILE
MEMORANDUM**


The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Katharine T. Buzicky, Assistant United States Attorney, respectfully moves the Court for an extension of time to file its position regarding conditions of supervision for River Smith following the Eighth Circuit's remand of the matter to this Court.

The government's memorandum is due April 10, 2026. Doc. No. 157. The government seeks a two-week extension. The defendant's counsel has indicated he has no objection to the proposed extension.

The undersigned is in the process of preparing the government's position but will be unable to complete it by April 10. In addition to that memorandum, she is currently preparing an Eighth Circuit brief, a response to a motion to vacate under 28 U.S.C. § 2255, a response to a motion to modify conditions of supervised release, and two responses to motions for compassionate release,

all of which are due in the next two weeks. She is also preparing for seven final revocation hearings that will take place over the next ten days. The requested extension will allow the government time to complete a comprehensive position on the issues before the Court.

Dated: April 8, 2026

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

*s/Katharine T. Buzicky*

BY:  KATHARINE T. BUZICKY
Assistant U.S. Attorney