UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-07 (DSD)


UNITED STATES OF AMERICA,

           Plaintiff,

v.

RIVER WILLIAM SMITH,

           Defendant.

**MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM**


The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Katharine T. Buzicky, Assistant United States Attorney, respectfully moves the Court for a second brief extension of time to file its position regarding conditions of supervision for River Smith following the Eighth Circuit's remand of the matter to this Court.

The government's memorandum is due today, April 24, 2026. The government seeks a two-day extension. The undersigned was unable to complete the government's response today because she was unexpectedly required to assist with a time-sensitive appellate matter that, together with another deadline, occupied the entirety of the working day. She respectfully asks the Court to order that the government's response no later than April 28, 2026.

2

Dated: April 24, 2026

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

*s/Katharine T. Buzicky*

BY:  KATHARINE T. BUZICKY
Assistant U.S. Attorney

2